FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
4:14 pm, Apr 13, 2021
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

RICHARD ANTHONY ORNELAS _____, Plaintiff

v.

PIKES PEAK REGIONAL BUILDING DEPARTMENT _____,

ALL PARTIES AFFILIATED IE; WITNESSES, STAFF, _____,

EMPLOYEES, SUPERVISORS, BOARDS AND _____,

COMMITTEES; see attached defendant list, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

**COMPLAINT**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

DEFENDANT LIST:

1. Pikes Peak Regional Building Department
2. Roger Lovell
3. Mark Mahler
4. Michael Rowe
5. Scot Gring
6. Neil Case
7. Christine Riggs
8. Loren Moreland
9. Jim Rose
10. Jay Eenhuis
11. John Welton
12. Jack Arrington
13. Jessie King
14. Rebecca Mulder
15. Linda Gardner
16. Virjinia Koultchitzka
17. Licensing Committee (PPRBD)
18. Tim Drummer
19. Pam Drummer
20. Ronnie Moore
21. Ian Kaulenbach
22. Bert Warchol
23. Jeremy Anderson
24. Bob Frazier
25. Matthew Matzen
26. Tray Ortiz
27. Todd Welch

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

RICHARD ANTHONY ORNELAS 5315 TURQUOISE DR. C/S CO. 80918
(Name and complete mailing address)

7192876827       PROGENYLLC@GMAIL.COM
(Telephone number and e-mail address)

B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: PIKES PEAK REGIONAL BUILDING DEPARTMENT
(Name and complete mailing address)
2880 INTERNATIONAL CR. COLORADO SPRINGS CO. 80918
(Telephone number and e-mail address if known)

Defendant 2: EL PASO COUNTY
(Name and complete mailing address)
2880 INTERNATIONAL CR. COLORADO SPRINGS CO. 80918
(Telephone number and e-mail address if known)

Defendant 3: CITY OF COLORADO SPRINGS
(Name and complete mailing address)
2880 INTERNATIONAL CR. COLORADO SPRINGS CO. 80918
(Telephone number and e-mail address if known)

Defendant 4: CITY OF WOODLAND PARK
(Name and complete mailing address)
2880 INTERNATIONAL CR. COLORADO SPRINGS CO. 80918
(Telephone number and e-mail address if known)

See Attached Sheet Labeled B.) Defendant List

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

[✔] Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

DENIAL OF DUE PROCESS AND THE RIIGHT TO A JURY TRIAL

TYRANNY, OPRESSION, ABUSE OF PO'WER, EX POST FACTO-BILL ATTAIN

[ ] Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of COLORADO _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in COLORADO _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: __DENIAL OF DUE PROCESS-TITLE 42 US CODE 1983, 2201, 2208__

   Supporting facts:

D. STATEMENT OF CLAIMS

All preceding paragraphs are incorporated by reference, as if fully stated herin.

On or around November 12, 2020, in a Virtual Team Licensing Committee Meeting; Although I advised the committee, that they were violating my Inalienable Civil Right, The (PPRBD) Pikes Peak Regional Building Department has violated my Civil Liberties and Rights in accordance with the 14th Amendment of the Constitution of the United States by denying me due process under Title 42 US Code, section 1983, 2201, 2208.

The (PPRBD) has assumed all three branches of government, thereby neglecting our National Policy of separation of powers.

In the words of **James Madison**: "The accumulation of all powers, legislative, executive, and judiciary, in the same hands, whether of one, a few, or many, and whether hereditary, self-appointed, or elective, may justly be pronounced the very **definition of tyranny**."

On September 13 2017- see attached meeting minutes; The (PPRBD) has demonstrated a pattern of behavior, custom, and policy of conspiracy, intimidation, oppression, racketeering, and infringing on the civil liberties of our community; by abusing their power of protection of the state, under the guise of protecting the community from harm.

The (PPRBD) has discriminated against me for "Race", as I am a Bi-Racial African American and Hispanic Male. They have done so by exercising preferential judgments ie; historically treating me egregiously and harsher than other Caucasian males. Executing judgments, sanctions, fines, hardships, and oppression that have caused me irrevocable harm to both my professional and personal life.

The (PPRBD) has further discriminated against me withholding an upgrade in licensure, although I met all the criteria and credentials; while they have preferentially and selectively given higher licenses to others with lessor qualifications. This has also posed hardships in that I have had to pay more money to exercise my right to execute contracts. Even though I also held Commercial Licenses in other Municipalities and provided such credentials.

The (PPRBD) has trespassed on private property to impose injunctions, fines, and fees to financially gain from their abuse of power; where there was no immediate harm to the public.

The (PPRBD) has blocked my right to a Jury Trial as well as my right to Due Process and Procedure.

The (PPRBD) has made defamatory statements that have caused me harm both personally and professionally. The have slandered me and have irrevocably damaged my business and reputation.

The (PPRBD) has tampered with witnesses in order to distort their testimony by intimidation, fear, and the threat of sanctions.

The (PPRBD) has abused their power of protection of state by egregious over reach of authority. Defendants have participated in oppression, fraud, and malice.

The (PPRBD) has engaged in Ex Post Facto-Bill Attainder by illegally reopening a permit that was final-ed and closed out under another permit holder's name that I worked on. After issuing me a license month later, they then revoked my license for the same job, although I was not the permit holder.

The (PPRBD) has conspired with customers after issuing a stop work order and have prosecuted me under some vaguely worded statute that I in good faith did not understand. This should have been, "Void for Vagueness". However, because my Right to Due Process and procedure was blocked, these facts were not admissible. This hardship has caused me and my customers hardship, delays, sanctions and have crippled my business and have caused me and my customers great harm and financial loss.

Reference to Case Law:

(Yick Wo v. Hopkins)-118 US. 356-1886 US Supreme Court

The 14th Amendment to the Constitution of th e United States of America, is not confined to the protection of citizens, Nor sha ll any state deprive any persons of life, liberty, or property, without Due Process of the Law; Nor deny to any person, within its jurisdiction, equal protection of the law; these provisions are universal to all persons within the territorial jurisdiction , without regard to race, color, or nationality; and the equal protection of the laws is a pledge of protection of equal law.  It is accordingly enacted, by the revised statute of 1977, that all persons within the jurisdiction of the US Shall have the same rights, in every state and territory, to make and enforce contracts, to sue, be party to, give evidence, to the full and equal benefits of all Laws and proceedings for the security of persons and property as is enjoyed by white persons, and shall be subject to like punishment, pain, and penalty, taxes, licenses, and sanctions of every kind and to no other.

(Cummings v. Missouri) 71 U.S. 277

> 'Let us not forget that the Constitution declares that trial by jury, in all cases in which it has been formerly used, should remain inviolate forever, and that the legislature shou ld at no time erect any new jurisdiction which should not proceed according to the course of the common law. Nothing can be more repugnant to the true genius of the common law than such an inquisition as has been mentioned into the consciences of men. . . . If any oath with retrospect to past conduct were to be made the conditi on on which individuals, who have resided within the British lines,  should hold their estates, we should immediately see that this proceeding would be ==tyrannical==, and ==a violation of the treaty==; and yet, when the same mode is employed to divest [71 U.S. 277, 332]  that right, which ought to be deemed still more sacred, many of us are so infatuated as to overlook the mischief.

CLAIM TWO: DEPRAVITY OF THE RIGHT TO A JURY TRIAL- 14TH AMENDMENT

Supporting facts: D.STATEMENT OF CLAIMS-CUMMINGS V.MISSOURI 71-US
See attached Labeled - (Claim Two)

CLAIM TWO:  TITLE 42 US CODE 1983 VIOLATION SEPARATION OF POWERS

All preceding paragraphs are incorporated by reference, as if fully stated herein.

ON OR AROUND NOVEMBER 12,2020 THE PIKES PEAK REGIONAL BUILDING

DEPARTMENT EXECUTED AN ILLEGAL AND JUDICIAL JUDGEMENT AGAINST ME

AND MY BUSINESS, VIA VIRTUAL MEETING THAT CAUSED ME GREAT HARM AND

MY CUSTOMERS AND CLIENTS

DETERMINATION OF A NUCENSE FOR ABATEMENT/REVOCATION OF LICENSE, IN

ACCORDANCE WITH THE US CONSTITUTION, SHALL ONLY BE DETERMINED BY A

JUDICIAL BRANCH OF GOVERNMENT, NOT AN  ADMINISTRATIVE TRIBUNAL.